**Order entered September 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00862-CR

**DAVID SHAWN FOTHERGILL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 063259**

## ORDER

Appellant's September 16, 2015 second motion to extend the time to file appellant's brief

is **GRANTED**. The time to file appellant's brief is **EXTENDED** to **September 23, 2015**.


/s/      LANA MYERS
         JUSTICE